

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00246-CV

_____

LONE TREE RESOURCES & CONSULTING, INC., Appellant

V.

PERSEPOLIS, INC., FRANKFORD GATEWAY LLC, MOHAMAD 'MO' REZA
KAEINI, DANIELA KAEINI, ALI A. IRANZAD & ATHENA LABELLE,
Appellees

AND

MOHAMAD 'MO' REZA KAEINI AND DANIELA KAEINI, Appellants

V.

FARZIN ASFSHAR, Appellee

On Appeal from the 367th District Court
Denton County, Texas
Trial Court No. 18-9283-367

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the parties' "Agreed Dismissal of Appeal." It is the court's opinion that the motion should be granted in part and denied in part; therefore, we set aside the trial court's judgment without regard to the merits and remand this case to the trial court to render judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W. 2d 387, 388 (Tex. 1995). Because we cannot both set aside the trial court's judgment and dismiss the appeal, we deny the motion as to the parties' request that we dismiss the appeal. *See* Tex. R. App. P. 43.2(d), (f); *Lantana Ridge Prop. Owners Ass'n, Inc. v. SJWTX, Inc.*, No. 03-19-00303-CV, 2021 WL 904865, at *1 (Tex. App.—Austin Mar. 10, 2021, no pet.) (mem. op. on reh'g).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  December 30, 2021